UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ALVIN LEROY BALDWIN, ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| ALVIN LEROY BALDWIN, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1009 HEA |
| ) | |
| CREDIT BASED ASSET SERVICING ) | |
| AND SECURITIZATION, ) | |
| ) | |
| Appellee. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this same dated,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Order of the Bankruptcy Court dated June 18, 2008, is affirmed.

Dated this day of 31st day of March, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE